UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ALVIN B. RICHARDS; MATADOR MOTORS LLC, a California Limited Liability Company; and Does 1-10,<br><br>Defendants. | Case: 2:17-CV-02495-MCE-EFB<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE